AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alito, Samuel A. | United States Supreme Court | 6/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Supreme Court
1 First Street, NE
Washington, DC 20544

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 9/25/2013 | Duke University Law School - Teaching | $15,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dallas Bar Association | 6/19-21/2013 | Dallas, Texas | Conference | Transportation, Meals, Lodging. |
| 2. | University of Notre Dame Kellogg Institute for International Studies | 7/9-11/2013 | Florence, Italy | Conference | Transportation, Meals & Lodging |
| 3. | St. Thomas More Society of Nevada | 10/22-23/2013 | South Bend, Indiana | Speech | Transportation, Meals & Lodging |
| 4. | New York Histosrical Society | 11/15-17/2013 | New York Historical Society | Film Series and American Constitution Program | Transportation, Meals & Lodging |
| 5. | The Union League | 11/19-20/2013 | Philadelphia, PA | Celebration of the 250th Anniversary of The Gettysburg Address | Meals & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vang. Tax Ex Mny Mkt Fund | A | Dividend | M | T | | | | | |
| 2. Vang Inter Term Tax Ex Fund | A | Dividend | J | T | | | | | |
| 3. Van LT Tax Ex Fund | A | Dividend | J | T | | | | | |
| 4. Vang Star Mutual Fund | B | Dividend | K | T | | | | | |
| 5. Vang Wellington Mut Fund | D | Dividend | M | T | | | | | |
| 6. Van Small Cap Stock Fund | B | Dividend | M | T | | | | | |
| 7. Van Total Stock Mkt Index F | C | Dividend | M | T | | | | | |
| 8. Windsor II | A | Dividend | K | T | | | | | |
| 9. Vanguard TE Mny Mkt | A | Dividend | M | T | | | | | |
| 10. XON Common Stock | C | Dividend | M | T | | | | | |
| 11. Edward Jones Investment (Cash Account) | A | Interest | J | T | | | | | |
| 12. AES Corp (x) | A | Dividend | J | T | | | | | |
| 13. Vanguard Target Retirement Acct 2015 | A | Dividend | J | T | | | | | |
| 14. PNC Bank Accounts | A | Interest | O | T | | | | | |
| 15. Andrews Federal Credit Union | A | Interest | J | T | | | | | |
| 16. Crane Energy (y) | | | | | | | | | |
| 17. Carson Energy (x) | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19.    Edward Jones #1: (H) | | | | | | | | | |
| 20.    - Edward Jones Tax Free MMkt | A | Dividend | M | T | | | | | |
| 21.    - Bank of China CD | A | Interest | | | Buy | 07/08/13 | K | | |
| 22. | | | | | Redeemed | 07/17/13 | K | | |
| 23.    - Discover Bank CD | A | Interest | | | Buy | 07/08/13 | J | | |
| 24. | | | | | Redeemed | 08/06/13 | J | | |
| 25.    - Centinela Vy UN High Sch | | None | J | T | | | | | |
| 26.    - Chicago IL Pj & Rfdg Ser A GO 5% | A | Interest | K | T | | | | | |
| 27.    - Desert CA Cmnty College Dist | A | Interest | | | Sold | 07/08/13 | K | | |
| 28.    - Fairfax Cnty VA Public Impt | A | Interest | J | T | | | | | |
| 29.    - Fairfax Cnty VA Econ Dev Auth | A | Interest | J | T | | | | | |
| 30.    - Hallifax Cnty VA Indl Dev Auth | B | Interest | | | Sold | 06/03/13 | L | A | |
| 31.    - IL Dev Fin Citizens Utils Co. | B | Interest | K | T | | | | | |
| 32.    - In Local Pub Impt Bd Auth Rev | B | Interest | K | T | | | | | |
| 33.    - Met WA DC Arpts Auth Sys Rev | A | Interest | K | T | | | | | |
| 34.    - Metro Washington DC Arpts Rev | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - NJ Econ Dev United Wtr NJ Pj | B | Interest | | | Sold | 07/08/13 | K | | |
| 36.  - NJ Hlth Care Facs Fing Hosp | B | Interest | K | T | | | | | |
| 37.  - Stafford Cnty & Staunton VA | A | Interest | K | T | | | | | |
| 38.  - Virginia Comwith Transn Brd | | None | J | T | | | | | |
| 39.  - VA St Res Auth Wtr & Swr Rev | | None | J | T | | | | | |
| 40.  - VA St Res Auth Wtr & Swr Sys | | None | J | T | | | | | |
| 41.  - WI Hlth & Edl Facs Thedacare | B | Interest | K | T | | | | | |
| 42.  - MS Senior Med Term Nts Step Up | A | Interest | | | Redeemed | 09/30/13 | K | A | |
| 43.  - US Tips | A | Interest | K | T | | | | | |
| 44.  - 3M Co | A | Dividend | K | T | | | | | |
| 45.  - Abbott Laboratories | A | Dividend | J | T | | | | | |
| 46.  - Abbvie Inc. (Spinoff of Abbott Laboratories) | A | Dividend | K | T | | | | | |
| 47.  - Automatic Data Processing Inc | A | Dividend | K | T | | | | | |
| 48.  - Black Hills Corp | B | Dividend | L | T | | | | | |
| 49.  - Boeing Co | A | Dividend | K | T | | | | | |
| 50.  - Caterpiller Inc | A | Dividend | K | T | | | | | |
| 51.  - Centurylink Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Chevron Corp | A | Dividend | K | T | | | | | |
| 53.  - Clean Energy Fuels Corp | | None | J | T | | | | | |
| 54.  - ConocoPhillips | B | Dividend | K | T | | | | | |
| 55.  - Cr Bard Inc | A | Dividend | M | T | | | | | |
| 56.  - E I Du Pont de Nemours & Co | A | Dividend | K | T | | | | | |
| 57.  - Endo Health Solutions Inc | | None | K | T | | | | | |
| 58.  - Itc Holdings Corp | A | Dividend | K | T | | | | | |
| 59.  - Jacobs Engineering Group Inc | | None | K | T | | | | | |
| 60.  - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 61.  - Johnson Controls Inc | A | Dividend | K | T | | | | | |
| 62.  - JPMorgan Chase & Co | B | Dividend | L | T | | | | | |
| 63.  - Kraft Foods Inc | A | Dividend | J | T | | | | | |
| 64.  - Merck & Co Inc. New | B | Dividend | L | T | | | | | |
| 65.  - Molson Coors Brewing Co | A | Dividend | K | T | | | | | |
| 66.  - Mondelez International Inc | A | Dividend | J | T | | | | | |
| 67.  - OGE Energy Corp | C | Dividend | M | T | | | | | |
| 68.  - Oracle Corp | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Parker Hannifin Corp | A | Dividend | K | T | | | | | |
| 70. - Pepsico Inc. | B | Dividend | K | T | | | | | |
| 71. - Phillips 66 | A | Dividend | K | T | | | | | |
| 72. - PNC Bank Corp | A | Dividend | J | T | | | | | |
| 73. - Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 74. - Realty Income Corp | A | Dividend | J | T | | | | | |
| 75. - Schlumberger Limited | A | Dividend | J | T | | | | | |
| 76. - Sysco Corp | A | Dividend | J | T | | | | | |
| 77. - Target Corp | A | Dividend | J | T | | | | | |
| 78. - TJX Cox Inc | A | Dividend | J | T | | | | | |
| 79. - United Technologies Corp | A | Dividend | K | T | | | | | |
| 80. - Vodafone | A | Dividend | | | | | | | |
| 81. - Wpp PLC ADR | A | Dividend | K | T | | | | | |
| 82. - Kinder Morgan Energy Partners | B | Dividend | K | T | | | | | |
| 83. | | | | | | | | | |
| 84. Edward Jones #2 (H) | | | | | | | | | |
| 85. - Cash & Money Market (x) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Ishares Russ McValue ETF | A | Dividend | K | T | Buy | 01/07/13 | J | | |
| 87. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 88. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 89.   - Ishares MSCI EAFE Value ETF | B | Dividend | L | T | Buy | 01/07/13 | K | | |
| 90. | | | | | Buy (add'l) | 01/08/13 | K | | |
| 91. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 92. | | | | | Buy (add'l) | 01/31/13 | J | | |
| 93. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 94.   - Ishares Russ 1000 Growth ETF | A | Dividend | K | T | Buy | 01/07/13 | J | | |
| 95. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 96. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 97. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 98.   - Ishares Russ 1000 Value ETF | A | Dividend | K | T | Sold (part) | 01/07/13 | J | A | |
| 99. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 100. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 101.   - IShares S&P 500 Growth ETF | A | Dividend | K | T | Buy | 01/07/13 | J | | |
| 102. | | | | | Buy (add'l) | 01/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 104. | | | | | Sold (part) | 01/31/13 | J | A | |
| 105.  - SPDR S&P Dividend ETF | B | Dividend | K | T | Buy | 01/07/13 | J | | |
| 106. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 107. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 108.  Vanguard FTSE All-Wrld Exus ETF | B | Dividend | K | T | Buy | 01/07/13 | J | | |
| 109. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 110. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 111. | | | | | Buy (add'l) | 01/31/13 | J | | |
| 112. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 113.  - Vanguard High Div Yield ETF | B | Dividend | K | T | Buy | 01/07/13 | K | | |
| 114. | | | | | Buy (add'l) | 01/08/13 | K | | |
| 115. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 116. | | | | | Sold (part) | 01/31/13 | J | A | |
| 117.  - Vanguard Mid Cap Growth ETF | A | Dividend | K | T | Buy | 01/07/13 | J | | |
| 118. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 119. | | | | | Buy (add'l) | 01/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 121. - American Century T/F Bd-Int | A | Dividend | K | T | Sold (part) | 01/07/13 | K | | |
| 122. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 123. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 124. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 125. - Buffalo Mid Cap | | None | | | Sold (part) | 01/07/13 | K | A | |
| 126. | | | | | Sold | 01/07/13 | J | A | |
| 127. - Franklin Fed Int Term T/F Inc | B | Dividend | K | T | Buy | 01/07/13 | J | | |
| 128. | | | | | Buy (add'l) | 01/07/13 | J | | |
| 129. | | | | | Buy (add'l) | 01/08/13 | K | | |
| 130. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 131. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 132. - Franklin High Yield T/F Inc | B | Dividend | K | T | Sold (part) | 01/07/13 | J | | |
| 133. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 134. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 135. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 136. MFS Municipal Income | B | Dividend | K | T | Buy | 01/07/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 138. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 139. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 140.   - T. Rowe Price Summit Muni Int | A | Dividend | K | T | Buy | 01/07/13 | J | | |
| 141. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 142. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 143. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 144.   - T. Rowe Price TE MMkt | A | Dividend | J | T | Buy | 01/07/13 | J | | |
| 145. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 146. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 147. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 148.   - Tax Exempt Bond Fund of America | B | Dividend | K | T | Sold (part) | 01/07/13 | K | | |
| 149. | | | | | Buy (add'l) | 01/08/13 | K | | |
| 150. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 151. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 152.   - Thornburg Limited Term Muni | B | Dividend | L | T | Buy | 01/07/13 | K | | |
| 153. | | | | | Buy (add'l) | 01/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 155. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 156.  Wells Fargo Adv S/T Muni Bd | A | Dividend | K | T | Sold (part) | 01/07/13 | K | | |
| 157. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 158. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 159. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 160.  TRADITIONAL IRA: (H) | A | Dividend | K | T | | | | | |
| 161.  -Capital World Growth & Income Fund Cl A | | | | | | | | | |
| 162.  -Eaton Vance Mutual Funds Trust Gov't Oblig Cl A | | | | | | | | | |
| 163.  - Goldman Sachs Growth & Incom Strategy Fund Cl A | | | | | Sold (part) | 07/10/13 | J | A | |
| 164.  - Income Fund of America Cl A | | | | | | | | | |
| 165.  - Putnam Dynamic Asset - Allocation Growth Fund Cl A | | | | | | | | | |
| 166.  - Putnam Dynamic Asset Allocation Balanced Fund Cl A | | | | | | | | | |
| 167. | | | | | | | | | |
| 168.  Mineral Interest, Grady County, OK (x) | | None | L | W | | | | | |
| 169. | | | | | | | | | |
| 170.  Prudential Financial Inc (x) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. Estate #1 | E | Dividend | P1 | T | | | | | |
| 173. - Morgan Stanley Bank N.A. (x) | | | | | | | | | |
| 174. - American Electric Power (x) | | | | | | | | | |
| 175. - Apache Corp (x) | | | | | | | | | |
| 176. - AT&T Inc (x) | | | | | | | | | |
| 177. - Bristol Myers Squibb Co (x) | | | | | | | | | |
| 178. - Coco Cola Co (x) | | | | | | | | | |
| 179. - Exxon Mobil Corp (x) | | | | | | | | | |
| 180. - General Electric Co (x) | | | | | | | | | |
| 181. - JPMorgan Chase & Co (x) | | | | | | | | | |
| 182. - Procter & Gamble (x) | | | | | | | | | |
| 183. - Vodafone GP PLC ADS New (x) | | | | | | | | | |
| 184. - Zimmer Hldgs Inc (x) | | | | | | | | | |
| 185. - PNC Bank (x) | | | | | | | | | |
| 186. - Roma Bank (x) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 6/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 80 Dividend received in 2013 on shares sold in December 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel A. Alito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544